618

Calvin C. JOSSELYN, Jr., Evelyn Josselyn and Sandra Josselyn v. CONTINENTAL TELEPHONE CO. OF VERMONT, INC., No. 457-79

February 5, 1980. Transcript to be ordered by February 20, 1980, or cause dismissed.

STATE of Vermont v. Peter Isaac DIAMONDSTONE, No. 472-79

February 5, 1980. Transcript to be ordered by February 20, 1980, or cause dismissed.

STATE of Vermont v. Lewis E. SPRINGER, Jr., Presiding Judge, District Court of Vermont, Unit No. 3, Lamoille Circuit; Mary Burnor, Nadine Degree, Larry Thomson, William Sander and Arthur Hanson, No. 27-80

February 5, 1980. Irreparable harm not having been demonstrated, the State's motion to dissolve stay or provide other relief deemed appropriate is hereby denied. Order on expedited hearing is reserved pending submission of briefs.

Daley, J.

Elizabeth Jean SCOTT, Administratrix of the Estate of Edward Lisle Scott, Sr. v. MERRILL TRANSPORT CO., Laurel Zinn, Administratrix of the Estate of Richard A. Zinn; and Mary Roberts Lasher, Administratrix of the Estate of Ralph F. Lasher, No. 37-80

February 5, 1980. Any rule of this Court notwithstanding, the Bennington Superior Court is hereby ordered to continue the above-captioned cause until thirty days following the issuance of this Court's mandate in the case of *Laurel Zinn, Administratrix of the Estate of Richard A. Zinn* v. *Tobin Packing Company, Inc.*, Bennington Superior Court Docket No. S155-76Bc, now on appeal, Supreme Court Docket No. 350-78, or until further order of this Court.

Billings, J.

Francis J. TIMNEY and Susan F. Timmey v. Lynton A. WORDEN, Jr. and Jane R. Worden, No. 332-79

February 6, 1980. Motion to dismiss denied.

STATE of Vermont v. James E. BROTHERS, No. 345-79

February 6, 1980. Attorney Stephen A. Dardeck and Attorney Timothy J. Wells are assigned as counsel to represent the appellant in the above-entitled cause. Motion to withdraw as counsel filed by Attorney William A. Nelson is granted.